Howard Marc Spector
TBA#00785023
Spector & Cox, PLLC
12770 Coit Road, Suite 850
Dallas, Texas 75251
(214) 365-5377
FAX: (214) 237-3380
hspector@spectorcox.com

**ATTORNEY FOR**
**SILVER SPUR INVESTMENTS, LLC**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **GUNTER LAND NTX, LLC** | § | **CASE NO. 26-41416** |
| | § | |
| | § | |
| | § | |
| **Debtor** | § | |

### LIMITED OBJECTION TO MOTION TO SELL CERTAIN
### PANTHER TRAIL LOTS FREE AND CLEAR OF ALL LIENS,
### CLAIMS, ENCUMBRANCES, AND INTERESTS

COMES NOW, Silver Spur Investments, LLC ("**Lender**"), a secured creditor in the above-captioned bankruptcy case of Gunter Land NTX, LLC ("**Debtor**"), and files its Objection to Debtor's Motion to Sell Certain Panther Trail Lots Free and Clear of All Liens, Claims, Encumbrances, and Interests (the "**Motion**"), and states:

1.      On April 24, 2026 (the "**Petition Date**"), the Debtor filed its voluntary Chapter 13 bankruptcy case.

2.      On May 3, 2026, the Debtor filed its Motion requesting, among other things, the authority to sell 81 of the Debtor's vacant residential Panther Trail Lots (the "**Panther Trail Lots**") free and clear of all liens, claims and encumbrances.  The proposed sale is to occur through multiple closings, over a period lasting approximately 18 months.

3.      As of the Petition Date, Lender was owed approximately $2.625 million which,

upon information and belief, is secured by all of the Debtor's real estate.  Based on the proposed purchase price, Lender is oversecured.

4.     Interest and other charges continue to accrue on amounts owed to Lender, and the holders of liens believed to be senior to that of the Lender.  Lender reserves its right to accrue further amounts due and owing under 11 U.S.C. § 506(b) as part of Lender's claim.

5.     Lender generally supports the proposed sale, provided that Lender and senior lien holders are paid from the sale proceeds in full or partial satisfaction of their secured claims against the Debtor's estate.  The Motion does not currently contemplate the payment of secured claims at closing, but the Debtor should not be permitted to withhold payment, especially since the Debtor is likely running interest on both Lender's debt and debts senior to that of Lender at a default rate of interest, and the proceeds constitute cash collateral which cannot be used and must be segregated in accordance with 11 U.S.C. § 363.

WHEREFORE PREMISES CONSIDERED, Lender prays that this Court condition the approval of the Motion on the payment of secured claims at closing, and grant Lender all other relief as is just.

Submitted on May 20, 2026.

Respectfully submitted,

By: /s/ Howard Marc Spector
Howard Marc Spector
TBA#00785023
SPECTOR & COX, PLLC
12770 Coit Road, Ste 850
Dallas, Texas 75251
(214) 365-5377
FAX: (214) 237-3380
EMAIL: hspector@spectorcox.com

ATTORNEY FOR
SILVER SPUR INVESTMENTS, LLC

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing pleading was served via electronic means to all parties who receive ECF notice in this case and via United States First Class Mail to the person(s) or entity(ies) listed below on May 20, 2026.

/s/  *Howard Marc Spector*
Howard Marc Spector

GUNTER LAND NTX, LLC
PO BOX 822
Prosper, TX 75078

Eric T. Haitz
Bonds Ellis Eppich Schafer Jones LLP
420 Throckmorton St., Suite 1000
Fort Worth, TX 76102

Office of the U.S. Trustee
110 N. College Ave., Suite 300
Tyler, TX 75702